373 A.2d 1142

Commonwealth ex rel. Hobaugh v. Hobaugh, Appellant.

Argued June 21, 1976. William H. Naugle, for appellant; Marian E. Frankston, with her G. David Pauline, for appellee.

Order affirmed.

373 A.2d 1142

Commonwealth ex rel. Kaufman v. Kaufman, Appellant.

Submitted June 22, 1976. Roger B. Reynolds, Jr., for appellant; Oliver J. McCarron, for appellee.

Order affirmed.